In re:  
STEPHANIE SUSAN ROSENTHAL  
    Debtor(s)

Case No. 20-10076-MCW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: brennerc      Page 1 of 3  
Date Rcvd: Dec 14, 2020      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | STEPHANIE SUSAN ROSENTHAL, 18031 N 3RD STREET, PHOENIX, AZ 85022-1512 |
| 16215979 | | AMERICAN FIRST FINANCE, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16205531 | + | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw GA 30156-9239 |
| 16205532 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas TX 75356-5848 |
| 16205533 | + | Banner Health, PO Box 42008, Phoenix AZ 85080-2008 |
| 16205541 | + | Everest Self Storage, 1025 E Bell Road, Phoenix AZ 85022-2648 |
| 16205542 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway, Suite 150, Marietta GA 30067 |
| 16205544 | + | Grace Beard, 18031 N 3rd Street, Phoenix AZ 85022-1512 |
| 16205546 | + | Landlord, 10030 N 43rd Avenue #1063, Glendale AZ 85302-2753 |
| 16205547 | + | Lawgistic Partners AZ, 7641 E Gray Rd, Ste 2B, Scottsdale AZ 85260-3425 |
| 16205548 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco CA 94105-2807 |
| 16205549 | + | Lippman Recupero, LLC, 1325 N Wilmot Rd 3rd Floor, Tucson AZ 85712-5166 |
| 16205550 | + | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City OK 73154-0475 |
| 16205551 | + | Prime Acceptance Corp, Attn: Bankruptcy, Po Box 768, Sandy UT 84091-0768 |
| 16205555 | + | Sunbit, Inc, 10940 Wilshire Blvd, Los Angeles CA 90024-3943 |
| 16205559 | + | Valley Collection Service, Attn: Bankruptcy, 17431 N 71st Dr, Ste 104, Glendale AZ 85308-8598 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRAMACKENZIE.COM | Dec 15 2020 04:28:00 | ROBERT A. MACKENZIE, 2001 E. CAMPBELL AVE., SUITE 200, PHOENIX, AZ 85016-5574 |
| smg | | EDI: AZDEPREV.COM | Dec 15 2020 04:28:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | | EDI: ATLASACQU | Dec 15 2020 04:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16254308 | | EDI: ATLASACQU | Dec 15 2020 04:28:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16205534 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Dec 15 2020 00:31:00 | Bellco Credit Union, Pob 6611, Greenwood Village CO 80155 |
| 16205535 | + | EDI: CITICORP.COM | Dec 15 2020 04:28:00 | Big O Tires, Attn: Bankruptcy Dept, Po Box 6497, Sioux Falls SD 57117-6497 |
| 16205536 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2020 00:32:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla NY 10595-2322 |
| 16205538 | + | EDI: WFNNB.COM | Dec 15 2020 04:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus OH 43218-2125 |
| 16205539 | | Email/Text: dstringer@desertwestobgyn.com | | |

|          |   |                                                      |                     |                                                                                            |
|----------|---|------------------------------------------------------|---------------------|--------------------------------------------------------------------------------------------|
|          |   |                                                      | Dec 15 2020 00:30:00 | Dessert West OBGYN, 5601 W Eugie Ave Ste 100, Glendale AZ 85304                            |
| 16205540 | + | EDI: WFFC.COM                                        | Dec 15 2020 04:28:00 | Dillard?s Card Services/Wells Fargo Bank, Attn: Bankruptcy, Po Box 10347, Des Moines IA 50306-0347 |
| 16205543 | + | Email/Text: bankruptcy@gatewayloan.com               | Dec 15 2020 00:32:00 | Gateway Mortgage Grp, Attn: Bankruptcy Dept., 244 S Gateway Place, Jenks OK 74037-3460    |
| 16205537 |   | EDI: JPMORGANCHASE                                   | Dec 15 2020 04:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850                   |
| 16205545 | + | Email/Text: PBNCNotifications@peritusservices.com    | Dec 15 2020 00:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043        |
| 16205548 | + | EDI: LENDNGCLUB                                      | Dec 15 2020 04:28:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco CA 94105-2807         |
| 16206697 | + | EDI: PRA.COM                                         | Dec 15 2020 04:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021                      |
| 16205552 | + | Email/PDF: resurgentbknotifications@resurgent.com    | Dec 15 2020 02:44:45 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville SC 29603-0497          |
| 16205553 |   | Email/Text: bankruptcy@snapfinance.com               | Dec 15 2020 00:29:00 | Snap Finance, PO Box 26561, Salt Lake City UT 84126                                        |
| 16205554 | + | EDI: STFM.COM                                        | Dec 15 2020 04:28:00 | State Farm Bank, Attn: Bankruptcy, Po Box 3298, Milwaukee WI 53201-3298                    |
| 16205556 | + | EDI: RMSC.COM                                        | Dec 15 2020 04:28:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16205557 | + | EDI: USBANKARS.COM                                   | Dec 15 2020 04:28:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-7014               |
| 16205558 | + | EDI: USBANKARS.COM                                   | Dec 15 2020 04:28:00 | Us Bank Home Mortgage, Attn: Bankruptcy, 4801 Frederica St, Owensboro KY 42301-7441        |
| 16205561 | + | Email/Text: ebn@wfcorp.com                           | Dec 15 2020 00:33:00 | Williams & Fudge, Inc., Attn: Bankruptcy, 300 Chatham Avenue, Rock Hill SC 29730-4986      |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 16205560 |               | Vantage West Credit Un |
| cr       | *P+++         | AMERICAN FIRST FINANCE, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| cr       | *+            | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ROBERT A. MACKENZIE | ram@ramlawltd.com az26@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor STEPHANIE SUSAN ROSENTHAL documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **STEPHANIE SUSAN ROSENTHAL** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6739** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | |
| Case number:   **2:20–bk–10076–MCW** | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   STEPHANIE SUSAN ROSENTHAL
   fka STEPHANIE STEVENS

12/14/20                                           **By the court:**   Madeleine C. Wanslee
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2