**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers-025720
Email: stuart.rodgers@lane-nach.com

*Attorneys for Robert A. MacKenzie, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| STEPHANIE SUSAN ROSENTHAL fka STEPHANIE STEVENS, | No. 2:20-bk-10076-MCW |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Sheila Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Robert A. MacKenzie, Trustee, hereby certifies that on January 27, 2022, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, a copy of the signed Order to Show Cause [DE 31] dated January 27, 2022, and such document was mailed/e-mailed as follows:

Stephanie Susan Rosenthal
1205 Aspen Dr
Berthoud, CO 80513

E-Mail Only:

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Email: documents@phxfreshstart.com

DATED: January 27, 2022.

_____/s/ Sheila Rochin_____
Sheila Rochin